# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RANDALL L. NEATH & CYNTHIA R. NEATH      Case Number: 06-70388
1808 LATHAM ST.                SSN-xxx-xx-7326 & xxx-xx-1372
ROCKFORD, IL  61103

Case filed on:  3/20/2006
Plan Confirmed on:  7/7/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,255.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,800.00 | 1,800.00 | 1,423.46 | 0.00 |
|  | Total Legal | 1,800.00 | 1,800.00 | 1,423.46 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 3,018.81 | 3,018.81 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,018.81 | 3,018.81 | 0.00 | 0.00 |
| 999 | RANDALL L. NEATH | 0.00 | 0.00 | 350.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 350.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 1,124.96 | 800.00 | 325.50 | 47.34 |
|  | Total Secured | 1,124.96 | 800.00 | 325.50 | 47.34 |
| 001 | ACC CONSUMER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CENTEX HOME EQUITY COMPANY, LLC | 97,736.03 | 0.00 | 0.00 | 0.00 |
| 003 | HEIGHTS FINANCE | 0.00 | 324.96 | 0.00 | 0.00 |
| 004 | WELLS FARGO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 5,851.64 | 5,851.64 | 0.00 | 0.00 |
| 008 | AT&T WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DEFINITY HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HARVARD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 659.61 | 659.61 | 0.00 | 0.00 |
| 018 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MEMBERSALLIANCE CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PROGRESSIVE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 627.83 | 627.83 | 0.00 | 0.00 |
| 025 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ST. ANTHONY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WAL-MART | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ATTORNEY TERRY HOSS & | 88.44 | 88.44 | 0.00 | 0.00 |
|  | Total Unsecured | 104,963.55 | 7,552.48 | 0.00 | 0.00 |
|  | Grand Total: | 110,907.32 | 13,171.29 | 2,098.96 | 47.34 |

Total Paid Claimant:    $2,146.30
Trustee Allowance:      $108.70          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00        discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                By  /s/Heather M. Fagan